COPY

FILED

2009 MAY 28 AM 11:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____________

Daniel K. Calisher (State Bar No. 181821)
calisher@fostergraham.com
Christopher P. Carrington (*To Be Filed*)
ccarrington@fostergraham.com
Julia R. Harvey (*To Be Filed*)
jharvey@fostergraham.com
FOSTER GRAHAM MILSTEIN & CALISHER LLP
621 Seventeenth Street, 19th Floor
Denver, Colorado 80293
Telephone: (303) 333-9810
Facsimile: (303) 333-9786

Michael A. Rollin (State Bar No. 251557)
mrollin@rplaw.com
REILLY POZNER LLP
10833 Wilshire Boulevard, Unit 604
Los Angeles, California 90024
Telephone: (310) 425-0922
Facsimile: (303) 893-6110

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.

FAXED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br>Plaintiff,<br>vs.<br>PMAC LENDING SERVICES, INC., f/k/a PREFERRED MORTGAGE ALLIANCE CORP.,<br>Defendant. | CASE NO. CV09-3785 SJO (SHx)<br>COMPLAINT FOR DAMAGES<br>1) BREACH OF CONTRACT<br>2) BREACH OF EXPRESS WARRANTY |

Plaintiff, Lehman Brothers Holdings, Inc. ("LBHI"), by and through its undersigned counsel, and for its claims for relief and/or causes of action against defendant PMAC Lending Services, Inc. f/k/a Preferred Mortgage Alliance Corp., ("PMAC"), hereby and states and alleges as follows:

## NATURE OF ACTION

1. Lehman Brothers Bank, FSB ("LBB," and collectively with LBHI, "Lehman") purchased a number of residential mortgage loans from PMAC pursuant to one or more written contracts. LBB subsequently assigned its rights under those contracts to LBHI. With respect to

certain mortgage loans. PMAC breached one or more of its agreements, representations, warranties and/or covenants set forth in the contract(s). By this action, LBHI seeks to recover losses resulting from PMAC's breach of contract and/or warranty, or otherwise arising from or relating to the subject mortgage loans.

## PARTIES

2. LBHI is a Delaware corporation with its principal place of business in New York.

3. Upon information and belief, PMAC is a California corporation, with a principal place of business in Chino Hills, California.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between LBHI and PMAC, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because PMAC resides in Chino Hills, California.

## FACTUAL ALLEGATIONS

6. At all times relevant hereto, Lehman engaged in the purchase and sale of mortgage loans.

7. At all times relevant hereto, PMAC engaged in mortgage lending, as well as the sale of mortgage loans on the secondary mortgage market to investors such as Lehman.

8. On or about January 22, 2004 and September 1, 2005, PMAC entered into a written Loan Purchase Agreement with LBB ("Agreement").

9. The Agreement specifically incorporated the terms and conditions of the Seller's Guide ("Seller's Guide") of Aurora Loan Services LLC ("Aurora"), LBB's wholly-owned subsidiary, which sets forth additional duties and obligations of PMAC.

10. The Agreement and Seller's Guide constitute a valid and enforceable contract that is binding upon PMAC.

11. The Agreement and Seller's Guide set forth the duties and obligations of the parties with respect to the purchase and sale of the subject mortgage loans, including but not limited to the following: (a) purchase price; (b) delivery of the loans and attendant documentation; (c) examination of loan files; (d) underwriting; (e) representations and warranties concerning the individual loans; and (f) remedies for breach.

12. PMAC sold a number of mortgage loans to LBB under the Agreement and Seller's Guide, including the certain mortgage loans as set forth on **Exhibit A** hereto, which is incorporated by this reference as though fully set forth herein.

13. Subsequent to the sale, LBB assigned all of its rights and remedies under the Agreement and Seller's Guide with respect to the subject mortgage loans to LBHI.

**Breach Of Representations, Warranties And/Or Covenants**

14. With respect to each of the subject mortgage loans, PMAC made a number of representations, warranties, and/or covenants concerning the loans, including but not limited to: (a) the validity of all mortgage loan documentation; (b) the accuracy of all information regarding borrower identity, income, employment, credit, debt, assets, and liabilities used in making the decision to originate the mortgage loans; (c) occupancy by the borrower of the property securing the mortgage loans; (d) the ownership, nature, condition, and value of the real property securing the mortgage loans; (e) the absence of early payment defaults; (f) the absence of straw purchaser transactions; (g) conformance of the mortgage loans with applicable underwriting guidelines and loan program requirements; and (h) its obligation to repurchase the loan in the event of a breach of any representation, warranty, and/or covenant, including an early payment default(s).

15. PMAC also represented and/or warranted that no error, omission, misrepresentation, negligence, fraud, or similar occurrence took place with respect to the mortgage loans by any person involved in the origination of the mortgage loans, and that no predatory or deceptive lending practices were used in the origination of the mortgage loans.

16. PMAC further represented and/or warranted that it had the ability to perform its obligations, and satisfy all requirements of, the Agreement and Seller's Guide.

17. Lehman ultimately discovered one or more material defects in the subject loans,

and further discovered that PMAC had breached one or more of its representations, warranties and/or covenants under the Agreement and/or Seller's Guide.

18. Lehman provided PMAC with written notice of PMAC's breach of the representations and/or warranties with respect to the subject loans.

19. PMAC has refused or otherwise failed to comply with its obligations under the Agreement and Seller's Guide regarding the subject loans.

**Early Payment Defaults**

20. The Agreement and Seller's Guide further specify that LBHI may demand that PMAC repurchase, and that PMAC shall repurchase, mortgage loans that become Early Payment Defaults.

21. A loan becomes an Early Payment Default under the Agreement and Seller's Guide in one of two ways. For loans prior-approved by the purchaser, the loan becomes an Early Payment Default if the borrower fails to make the first monthly payment due within 30 days of the payment's due date. For loans purchased pursuant to the seller's delegated underwriting authority, eligible for delegated underwriting or purchased in bulk transactions, the loan becomes an Early Payment Default if the borrower fails to make the first or second monthly payment due within 30 days of each such monthly payment's respective due date.

22. PMAC received delegated underwriting authority before it sold the subject loans.

23. Certain loans that LBB purchased from PMAC became Early Payment Defaults. Specifically, with respect to loans as set forth on **Exhibit A** hereto, the borrower failed to make the first and/or second payment within 30 days of the due dates for those payments.

24. LBHI provided PMAC with written notice concerning the Early Payment Defaults and demanded that PMAC repurchase those mortgage loans.

25. PMAC has refused or otherwise failed to repurchase the mortgage loans or otherwise comply with its obligations under the Agreement and Seller's Guide with respect to the subject Early Payment Default loans.

26. LBHI, as well as its predecessors and agents, have substantially performed all of their respective obligations under the Agreement and Seller's Guide.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

27. LBHI incorporates the foregoing allegations as though fully set forth herein.

28. As set forth herein, PMAC has breached the Agreement and Seller's Guide by: (a) breaching one or more of its agreements, representations, warranties, and/or covenants; (b) refusing or otherwise failing to repurchase the subject mortgage loans; and/or (c) refusing to pay LBHI for losses suffered arising from or relating to the subject mortgage loans.

29. PMAC's breaches of the Agreement and Seller's Guide have resulted in actual and consequential damages in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

(Breach of Express Warranty)

30. LBHI incorporates the foregoing allegations as though fully set forth herein.

31. PMAC made a number of express warranties with respect to material facts concerning the loans, including but not limited to the warranties described above.

32. The warranties contained in the Agreement and Seller's Guide were an essential part of the bargain between LBB and PMAC.

33. PMAC breached the warranties for the loans as set forth on Exhibit A hereto.

34. LBHI provided PMAC with written notice concerning PMAC's breaches of the express warranties.

35. PMAC has refused or failed to remedy or compensate LBHI for PMAC's breaches of the express warranties.

36. As a result of PMAC's breach of the express warranties contained in the Agreement and Seller's Guide, LBHI has sustained actual and consequential damages in an amount to be proven at trial.

## RELIEF REQUESTED

WHEREFORE, LBHI respectfully requests that this Court enter judgment in its favor against PMAC as follows:

(a) For all damages and/or losses arising from or relating to PMAC's breach of contract, in an amount to be proved at trial;

(b) For all damages and/or losses arising from or relating to PMAC's breach of warranties, in an amount to be proven at trial;

(c) For recoverable interest;

(d) For the costs and expenses of suit incurred herein, including, but not limited to, attorney fees, costs, and expert witness expenses; and,

(g) For such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury herein on all issues so triable.

DATED: May 26, 2009

FOSTER GRAHAM MILSTEIN & CALISHER, LLP

for Daniel K. Calisher
Christopher P. Carrington
Julia R. Harvey

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS, INC.

*Lehman Brothers Holdings, Inc., v. PMAC Lending Services, Inc. f/k/a Preferred Mortgage Alliance Corp.*

**Exhibit A**

| | Loan Number | Basis of Claim |
|---|---|---|
| 1. | ****2831 | Early Payment Default; and any other discovered breach |
| 2. | ****8931 | Early Payment Default; and any other discovered breach |
| 3. | ****9194 | Early Payment Default; and any other discovered breach |
| 4. | ****4198 | Early Payment Default; and any other discovered breach |
| 5. | ****0575 | Early Payment Default; and any other discovered breach |
| 6. | ****9950 | Early Payment Default; and any other discovered breach |
| 7. | ****0164 | Early Payment Default; and any other discovered breach |

REILLY POZNER LLP
Michael A. Rollin (SBN: 251557)
mrollin@rplaw.com
10833 Wilshire Blvd, Unit 604
Los Angeles, CA 90024
T: (310) 425-0922; F: (303) 893-6110




**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br>PLAINTIFF(S)<br>v.<br>PMAC LENDING SERVICES, INC., f/k/a PREFERRED MORTGAGE ALLIANCE CORP.,<br>DEFENDANT(S). | CASE NUMBER<br>CV09-3785 SJO (SHx)<br>**SUMMONS** |

FAXED

TO: DEFENDANT(S): PMAC LENDING SERVICES, INC., f/k/a PREFERRED MORTG. ALLIANCE

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ __________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Michael A. Rollin, whose address is 10833 Wilshire Blvd, Unit 604, Los Angeles, CA 90024. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 28 2009

By: Natalie Longoria
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

FAXED

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

I (a) PLAINTIFFS (Check box if you are representing yourself ☐)

LEHMAN BROTHERS HOLDINGS, INC.

DEFENDANTS

PMAC LENDING SERVICES, INC., f/k/a PREFERRED MORTGAGE ALLIANCE CORP.

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Daniel K. Calisher (#181821)
Foster Graham Milstein & Calisher, LLP
621 Seventeenth Street, 19th Floor, Denver, CO 80293 303-333-9810

Attorneys (If Known)

II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☑ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

V. REQUESTED IN COMPLAINT: JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☑ No ☐ MONEY DEMANDED IN COMPLAINT: $ In excess of $75,000.00

VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC § 1332

VII. NATURE OF SUIT (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☑ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: CV09-3785

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Lehman Brothers Holdings, Inc. - New York and Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PMAC Lending Services, Inc. f/k/a Preferred Mortgage Alliance Corp. Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Julia Kstte for Daniel K. Calisher Date May 26, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

**CV09- 3785 SJO (SHx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.