# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.<br><br>Plaintiff,<br>vs.<br><br>PMAC LENDING SERVICES, INC., f/k/a PREFERRED MORTGAGE ALLIANCE CORP.,<br><br>Defendant. | CASE NO. LA 09 CV-3785 SJO (SHx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER PURSUANT TO FRCP 26(c)** |

Pursuant to the agreement of the parties as set forth in the Stipulated Protective Order Pursuant to FRCP 26(c),

IT IS HEREBY ORDERED THAT:

The Stipulated Protective Order is hereby entered on good cause shown, is limited to the context of pretrial civil discovery, and does not restrict the dissemination of any Confidential Information if such information is gained from sources other than the parties subject to this Order.

DATED: April 6, 2010.

*/s/ Stephen Hillman*

Honorable Stephen J. Hillman

**ORDER GRANTING STIPULATED PROTECTIVE ORDER PURSUANT FRCP 26(c)**